# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an [Application for Admission](#) before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at [Register for eFiling](#).

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 15-1244 as

☒ Retained   ☐ Court-appointed(CJA)   ☐ Court-assigned(non-CJA)   ☐ Federal Defender   ☐ Pro Bono   ☐ Government

COUNSEL FOR: Amy Bouque and Ally Financial Inc.

_____ as the
(party name)

☐ appellant(s)   ☒ appellee(s)   ☐ petitioner(s)   ☐ respondent(s)   ☐ amicus curiae   ☐ intervenor(s)

/s/ Clifton L. Brinson
(signature)

Clifton L. Brinson
Name (printed or typed)

919-821-6605
Voice Phone

Smith Anderson Blount Dorsett Mitchell & Jernigan, LLP
Firm Name (if applicable)

919-821-6800
Fax Number

Post Office Box 2611
Raleigh, NC 27602
Address

cbrinson@smithlaw.com
E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on March 11, 2015 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

/s/ Clifton L. Brinson
Signature

March 11, 2015
Date

05/07/2014
SCC