FILED: May 29, 2015

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 15-1244

(3:10-cv-00311-MOC-DCK)

_____

VENUS YVETTE SPRINGS

      Plaintiff - Appellant

v.

ALLY FINANCIAL INCORPORATED, f/k/a GMAC Incorporated; AMY BOUQUE

      Defendants - Appellees

 and

KATHLEEN PATTERSON; YEQUIANG HE, a/k/a Bill He; CYNTHIA DAUTRICH

      Defendants

_____

O R D E R

_____

Upon review of submissions relative to the motion to file a supplemental appendix, the court grants the motion. The supplemental appendix is due June 26, 2015.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk