FILED: July 13, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1244

(3:10-cv-00311-MOC-DCK)

_____

VENUS YVETTE SPRINGS

    Plaintiff - Appellant

v.

ALLY FINANCIAL INCORPORATED, f/k/a GMAC Incorporated; AMY BOUQUE

    Defendants - Appellees

and

KATHLEEN PATTERSON; YEQUIANG HE, a/k/a Bill He; CYNTHIA DAUTRICH

    Defendants

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 07/24/2015

Supplemental appendix due: 07/24/2015

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk