FILED: December 28, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1244 (L)
(3:10-cv-00311-MOC-DCK)
_____

VENUS YVETTE SPRINGS

    Plaintiff - Appellant

v.

ALLY FINANCIAL INCORPORATED, f/k/a GMAC Incorporated; AMY BOUQUE

    Defendants - Appellees

and

KATHLEEN PATTERSON; YEQUIANG HE, a/k/a Bill He; CYNTHIA DAUTRICH

    Defendants

_____

O R D E R
_____

The court grants the motion for extension and extends the time for filing in 15-1888 as follows:

    15-1888 Supplemental opening brief and appendix:  1/19/16

    15-1888 Supplemental response brief:  3/7/16

    15-1888 Supplemental reply brief permitted within 14 days of service of the supplemental response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk